# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00441-CV

**Youth Empowerment Services, Inc. d/b/a Higgs Carter King Gifted and Talented Charter Academy, Appellant**

**v.**

**Texas Education Agency, and Michael Williams, in his Official Capacity as the Commissioner of Education, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GN-15-001 090, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Youth Empowerment Services, Inc. d/b/a Higgs Carter King Gifted and Talented Charter Academy has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal.[1]

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed

Filed:   September 16, 2015

---

[1]  *See* Tex. R. App. P. 42.1(a)(1).